# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Robert Steele,

              Plaintiff(s),

vs.

Tik Tok,

              Defendant(s).

Case No. 2:23-cv-02155-GMN-MDC

**Report and recommendation for dismissal**

The Court previously granted pro se plaintiff Robert Steele's application to proceed in forma pauperis and dismissed his proposed complaint without prejudice with leave to amend. ECF No. 6. Plaintiff has not filed an amended complaint and the deadline to do so has passed. *Id.* Plaintiff has apparently abandoned this case. For the reasons discussed in the Court's earlier order (ECF No. 6), plaintiff's case should be dismissed. Plaintiff will not be prejudiced because he has an opportunity to object to this report and recommendation.

ACCORDINGLY,

The Court RECOMMENDS that this action be DISMISSED and Judgment entered.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues

waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

**It is so recommended.**

Dated this 16th day of April 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge